No. 69428.—J. E. Bernard & Co., Inc. *v.* United States, protest 61/2128–11679 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the items of merchandise consist of plastic cases containing pockets and loops holding scissors, tweezers, nail files, and combs, which are complete articles of commerce and entireties, and which most resemble in use leather cases permanently fitted with manicure sets, and that the issues are the same as those involved in Abstract 64484, the claim of the plaintiff was sustained.